# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 11-3012

_____

| | |
|---|---|
| Jessie Hill,                                        * | |
|                                                     * | |
|           Appellant,      * | |
|                                                     * | Appeal from the United States |
|       v.               * | District Court for the Eastern |
|                                                     * | District of Arkansas. |
| Robert Rectenwald, Dr., Maximum                     * | |
| Security Unit, ADC; James Gibson,                   * | [UNPUBLLISHED] |
| Internal Affair Administrator, Arkansas             * | |
| Department of Correction; Jeffrey                   * | |
| Ewell, CO-II, Maximum Security Unit,                * | |
| ADC; Michael Hughes, CO-II,                         * | |
| Maximum Security Unit, ADC;                         * | |
| Wendy Kelley, Deputy Director,                      * | |
| Arkansas Department of Correction;                  * | |
| David N. White, Warden, Maximum                     * | |
| Security Unit, ADC; Randall E. Manus,               * | |
| Assistant Warden, Maximum Security                  * | |
| Unit, ADC; Ray Hobbs, Acting                        * | |
| Director, Arkansas Department of                    * | |
| Correction; John Doe, Rehab Program                 * | |
| Manager, Arkansas Department of                     * | |
| Correction; Larry Norris, Retired                   * | |
| Director, Arkansas Department of                    * | |
| Correction,                                         * | |
|                                                     * | |
|           Appellees.      * | |

_____

Submitted: June 25, 2012
Filed: July 5, 2012

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.
_____

PER CURIAM.

Inmate Jessie Hill appeals following the district court's[1] entry of judgment against him in his 42 U.S.C. § 1983 action. Having conducted de novo review of the record, and having considered the parties' submissions on appeal, we find no basis to conclude that the district court committed error (1) in dismissing some defendants prior to service pursuant to 28 U.S.C. § 1915A, see Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999); (2) in dismissing other defendants and claims upon these parties' motions under Federal Rule of Civil Procedure 12(b)(6), see McAdams v. McCord, 584 F.3d 1111, 1113 (8th Cir. 2009); and (3) in granting summary judgment against Hill on his claims against the remaining defendants, see Schoelch v. Mitchell, 625 F.3d 1041, 1045-46 (8th Cir. 2010) (8th Cir. 2010). The district court is affirmed. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.

-2-